PERRIE M. WEINER (SBN 134146)
perrie.weiner@dlapiper.com
EDWARD D. TOTINO (SBN 169237)
edward.totino@dlapiper.com
MONICA D. SCOTT (SBN 268109)
monica.scott@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4704
Telephone: 310.595.3000
Facsimile: 310.595.3300

Attorneys for Defendants
INTERCONTINENTAL HOTELS GROUP RESOURCES,
INC; INTERCONTINENTAL HOTELS OF SAN
FRANCISCO, INC.; SIX CONTINENTS HOTELS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA MCCABE and LATROYA SIMPSON, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC; INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC.; SIX CONTINENTS HOTELS, INC.; and DOES 2 through 10, inclusive<br><br>Defendants. | CASE NO. C12-4818<br><br>**STIPULATION DISMISSING DEFENDANTS INTERCONTINENTAL HOTELS GROUP RESOURCES, INC. AND INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC. WITHOUT PREJUDICE**<br><br>Complaint Filed: July 3, 2012<br>Trial Date: None |

EAST\55905523.1

**STIPULATION DISMISSING CERTAIN DEFENDANTS WITHOUT PREJUDICE**

DLA PIPER LLP (US)
LOS ANGELES

Plaintiffs Laura McCabe and Latroya Simpson (collectively, "Plaintiffs") and Defendants InterContinental Hotels Group Resources, Inc., InterContinental Hotels of San Francisco, Inc., and Six Continents Hotels, Inc. (collectively, "Defendants"), by and through their respective counsel, stipulate as follows:

WHEREAS, Plaintiffs originally filed this action against Defendants InterContinental Hotels Group Resources, Inc. and InterContinental Hotels of San Francisco, Inc.;

WHEREAS, Plaintiffs were informed that Defendant Six Continents Hotels, Inc. answered the telephone calls at issue in this case rather than Defendants InterContinental Hotels Group Resources, Inc. and InterContinental Hotels of San Francisco, Inc., and therefore added Defendant Six Continents Hotels, Inc. to this case;

WHEREAS, Defendants have informed Plaintiffs that Defendants InterContinental Hotels Group Resources, Inc. and InterContinental Hotels of San Francisco, Inc. do not record telephone calls;

WHEREAS, Defendants made certain representations on the record at the May 15, 2013 case management conference regarding the proper defendant in this action; and

WHEREAS, based on Defendants' representation, Plaintiffs are agreeable to dismissing Defendants InterContinental Hotels Group Resources, Inc. and InterContinental Hotels of San Francisco, Inc. from this case pursuant to the terms set forth below.

NOW, THEREFORE, Plaintiffs and Defendants have agreed as follows:

1. Defendants InterContinental Hotels Group Resources, Inc. and InterContinental Hotels of San Francisco, Inc. shall be dismissed from this action without prejudice;

2. Defendant Six Continents Hotels, Inc. agrees to accept service of any deposition subpoenas issued by Plaintiffs to Defendants InterContinental Hotels Group Resources, Inc. and InterContinental Hotels of San Francisco, Inc.; and

3. Defendants InterContinental Hotels Group Resources, Inc. and InterContinental Hotels of San Francisco, Inc. agree that should Plaintiffs move successfully to add them back into the action as defendants that the claims against them shall relate back to the original filing date of the action in state court.

IT IS SO STIPULATED.

Dated: May 20, 2013                **DLA PIPER LLP (US)**

By /s/ Edward D. Totino
EDWARD D. TOTINO
MONICA D. SCOTT
Attorneys for Defendants
INTERCONTINENTAL HOTELS GROUP
RESOURCES, INC; INTERCONTINENTAL
HOTELS OF SAN FRANCISCO, INC.; SIX
CONTINENTS HOTELS, INC.

Dated: May 20, 2013                **KELLER GROVER LLP**

By /s/ Eric A. Grover
ERIC A. GROVER
Attorneys for Plaintiffs
LAURA MCCABE AND LATROYA SIMPSON