UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MCCABE and LATROYA SIMPSON, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, INC; INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC.; SIX CONTINENTS HOTELS, INC.; and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO. C12-4818-NC<br><br>[~~PROPOSED~~] ORDER DISMISSING DEFENDANTS INTERCONTINENTAL HOTELS GROUP RESOURCES, INC. AND INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC. WITHOUT PREJUDICE<br><br>Complaint Filed: July 8, 2012<br>Trial Date: None |

EAST\55905636.1

1    Having considered the Stipulation of Plaintiffs Laura McCabe and Latroya Simpson
2    (collectively, "Plaintiffs") and Defendants INTERCONTINENTAL HOTELS GROUP
3    RESOURCES, INC., INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC., and SIX
4    CONTINENTS HOTELS, INC. (collectively "Defendants") Dismissing Defendants
5    InterContinental Hotels Group Resources, Inc. and InterContinental Hotels of San Francisco, Inc.
6    without Prejudice ("Stipulation") and for good cause appearing, the Parties' Stipulation is
7    GRANTED.

9    IT IS HEREBY ORDERED that Defendants INTERCONTINENTAL HOTELS GROUP
10   RESOURCES, INC. and INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC. are
11   dismissed from this action without prejudice with Plaintiffs and the dismissed parties to bear their
12   own attorneys' fees and costs.

14   Dated:      May 20, 2013

     HON. NATH...
     United...

     GRANTED
     [signature]
     Judge Nathanael M. Cousins
     UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA

EAST\55905636.1                              - 1 -