1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MCCABE and LATROYA SIMPSON, individually and on behalf of similarly situated individuals,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SIX CONTINENTS HOTELS, INC.; and DOES 2 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. C12-4818-NC<br><br>[**PROPOSED**] **ORDER APPROVING STIPULATION TO CONTINUE CLASS CERTIFICATION MOTION FILING DEADLINE**<br><br>Complaint Filed:　July 8, 2012<br>FAC Filed:　　　　July 19, 2012<br>Trial Date:　　　　None |

EAST\56930586.1

1    Having reviewed the Stipulation To Continue Class Certification Motion Filing Deadline
2  ("Stipulation") which was entered into by and between Plaintiffs LAURA McCABE and
3  LATROYA SIMPSON (collectively, "Plaintiffs") and Defendant SIX CONTINENTS HOTELS,
4  INC. ("Defendant") and for good cause shown, the Parties' Stipulation is GRANTED AS
5  MODIFIED.
6    IT IS HEREBY ORDERED that the deadline for Plaintiffs to file their Motion for Class
7  Certification ("Motion") is extended from September 3, 2013 to January 17, 2014.
8    IT IS ALSO HEREBY ORDERED that the Parties will follow the briefing schedule with
9  respect to the Motion as set forth in the Stipulation.  Defendant shall have thirty (28) days from
10 the filing of the Motion to file an opposition and Plaintiffs shall have twenty-one (21) days from
11 the filing of the opposition to file a reply.
12   A further case management conference will be held on October 16, 2013 at 10:00 a.m. in
13 Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco,
14 California.  The parties must file a joint case management statement at least one week prior to the
15 conference.  *See* Civil L.R. 16-10(d).
16   **IT IS SO ORDERED**.

18  Dated:      August 9, 2013

    Hon. Nathanael C.
    United States

    IT IS SO ORDERED
    AS MODIFIED
    Judge Nathanael M. Cousins

EAST\56930586.1                            - 1 -