# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA MCCABE and LATROYA SIMPSON, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SIX CONTINENTS HOTELS, INC.; and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. 12-cv-04818 NC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE DISCOVERY BRIEF**<br><br>Re: Dkt. No. 51 |

After reviewing the parties' joint further case management statement, the Court vacates the further case management conference set for October 16, 2013. The parties must meet and confer, in person or by telephone, regarding the discovery issues raised in their joint statement, Dkt. No. 51. If after meeting and conferring the parties are unable to resolve their dispute, then they may file a joint discovery letter brief in accordance with this Court's standing civil order. The parties must submit their letter brief, or alternatively notify the Court that the dispute has been resolved, within 14 days of the date of this order.

IT IS SO ORDERED.

Date: October 10, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge