UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA MCCABE and LATROYA SIMPSON, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SIX CONTINENTS HOTELS, INC.; and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. 12-cv-04818 NC<br><br>**ORDER REQUESTING DOCUMENTS RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 55 |

Plaintiffs and defendant filed a joint discovery letter brief, Dkt. No. 55, in which they dispute (1) whether the deposition of defendant's corporate designee should be reconvened; and (2) whether the deposition of a co-worker of plaintiff McCabe is relevant and necessary.  By October 30, 2013, the parties must jointly file a copy the discovery requests and responses/objections relevant to these disputes, as well as a copy of the deposition excerpts cited in the letter brief.  By the same deadline, plaintiffs and defendant must also each submit a proposed order on their respective positions.

IT IS SO ORDERED.

Date: October 25, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-04818 NC
ORDER REQUESTING
DOCUMENTS