ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
RACHAEL G. JUNG (SBN 239323)
rjung@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,
 A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533

Attorneys for Plaintiffs
LAURA McCABE and LATROYA SIMPSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA MCCABE and LATROYA SIMPSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>SIX CONTINENTS HOTELS, INC.; and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No: 3:12-cv-04818-NC<br><br>CLASS ACTION<br><br>**NOTICE OF ERRATA RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: September 24, 2014<br>Time: 1:00 p.m.<br>Ctrm: A - 15th Floor<br><br>Complaint Filed: 7/3/12<br>FAC Filed: 7/19/12<br>SAC Filed: 10/11/13<br>Trial Date: None |

TO THE COURT, DEFENDANT, AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the footers at the bottom of the pages of Plaintiffs' Notice of Motion and Motion for Class Certification [Docket #80] were incorrect. A corrected copy, with changes only to the footers, of Plaintiffs' Notice of Motion and Motion for Class Certification is attached hereto as Exhibit A.

Dated: July 10, 2014         **KELLER GROVER LLP**

By: */s/Eric A. Grover*
ERIC A. GROVER
RACHAEL G. JUNG
*Counsel for Plaintiffs*
LAURA McCABE and LATROYA SIMPSON