# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MCCABE and LATROYA SIMPSON, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SIX CONTINENTS HOTELS, INC.; and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO.  C12-4818-NC<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION AND ASSOCIATED MOTIONS HEARING<br><br>Complaint Filed:  July 8, 2012<br>FAC Filed:  July 19, 2012<br>Trial Date:  None |

EAST\86857176.1

1    Having reviewed the Stipulation To Continue Class Certification And Associated Motions
2    Hearing ("Stipulation") which was entered into by and between Plaintiffs LAURA McCABE and
3    LATROYA SIMPSON (collectively, "Plaintiffs") and Defendant SIX CONTINENTS HOTELS,
4    INC. ("Defendant") and for good cause shown, the Parties' Stipulation is GRANTED
5      IT IS HEREBY ORDERED that the hearing on the following motions be continued to
6        February 4  , 2015:
7      a.  Plaintiffs' Motion for Class Certification (Docket No. 80);
8      b.  Plaintiffs' Motion to Exclude Ronald Brown (Docket No. 104);
9      c.  Defendant's Motion for Summary Judgment (Docket No. 91); and
10     d.  Defendant's Motion to Exclude Randall Snyder (Docket No. 90).
11
12   **IT IS SO ORDERED**.
13
14   Dated:  November 18, 2014                  
15                 Hon. N
                   Unit

[GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California seal]

- 1 -

EAST\86857176.1