PERRIE M. WEINER (SBN 134146)
perrie.weiner@dlapiper.com
EDWARD D. TOTINO (SBN 169237)
edward.totino@dlapiper.com
MONICA D. SCOTT (SBN 286109)
monica.scott@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA  90067-4704
Telephone:  310.595.3000
Facsimile:  310.595.3300

Attorneys for Defendant
SIX CONTINENTS HOTELS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MCCABE and LATROYA SIMPSON, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SIX CONTINENTS HOTELS, INC.; and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO.  C12-4818-NC<br><br>**DEFENDANT SIX CONTINENTS HOTELS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS AND LITIGATION EXPENSES, CLAIMS ADMINISTRATION FEES AND ENHANCEMENT PAYMENTS**<br><br>Date:     February 3, 2016<br>Time:    1:00 p.m.<br>Place:   Courtroom D – 15th Floor<br><br>Complaint Filed:   July 3, 2012<br>FAC Filed:            July 19, 2012<br>SAC Filed:            Oct. 11, 2013<br>TAC Filed:            July 6, 2015<br>Trial Date:            None |

EAST\118599501.1

1    Defendant SIX CONTINENTS HOTELS, INC. ("Defendant") hereby
2 submits the following opposition to Plaintiffs LAURA MCCABE and LATROYA
3 SIMPSON's ("Plaintiffs") Motion for Attorneys' Fees, Costs and Litigation
4 Expenses, Claims Administration Fees and Enhancement Payments ("Motion"), as
5 follows:
6    Defendant opposes Plaintiffs' request for attorneys' fees of over 25% of the
7 common fund.  Under both California state law and federal law, the standard fee
8 award in common fund cases is 25%.  *See, e.g., In re Consumer Privacy Cases*, 175
9 Cal. App. 4th 545, 558, n. 13 ("A fee award of 25 percent 'is the 'benchmark'
10 award that should be given in common fund cases'") (citations omitted); *Couser v.
11 Comenity Bank*, ---F. Supp. 3d---, 2015 WL 5117082, at *9 (S.D. Cal. May 27,
12 2015) ("[i]t is well established that 25% of the gross settlement amount is the
13 benchmark in the Ninth Circuit for attorneys' fees award under the percentage
14 method").  There is no reason to deviate from this established standard here.

Dated:  December 7, 2015                **DLA PIPER LLP (US)**


By /s/  Monica D. Scott
   PERRIE M. WEINER
   EDWARD D. TOTINO
   MONICA D. SCOTT
   Attorneys for Defendant
   SIX CONTINENTS HOTELS, INC.