1  PERRIE M. WEINER (SBN 134146)
   perrie.weiner@dlapiper.com
2  EDWARD D. TOTINO (SBN 169237)
   edward.totino@dlapiper.com
3  MONICA D. SCOTT (SBN 286109)
   monica.scott@dlapiper.com
4  **DLA PIPER LLP (US)**
   2000 Avenue of the Stars, Suite 400 North Tower
5  Los Angeles, CA  90067-4704
   Telephone:   310.595.3000
6  Facsimile:  310.595.3300

7  Attorneys for Defendant
   SIX CONTINENTS HOTELS, INC.
8

9                **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

11

| 12 | LAURA MCCABE and LATROYA SIMPSON, individually and on behalf of similarly situated individuals, | CASE NO.  C12-4818-NC |
|---|---|---|
| 13 | | **DEFENDANT SIX CONTINENTS HOTELS, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | SIX CONTINENTS HOTELS, INC.; and DOES 2 through 10, inclusive, | |
| 17 | | Date:  February 3, 2016<br>Time:  1:00 p.m.<br>Place:  Courtroom 7 (San Jose) |
| 18 | Defendants. | |
| 19 | | Complaint Filed:  July 3, 2012<br>FAC Filed:  July 19, 2012<br>SAC Filed:  Oct. 11, 2013<br>Trial Date:  None |

WEST\267127882.1

1   PLEASE TAKE NOTICE that Defendant SIX CONTINENTS HOTELS, INC. ("Defendant") does not oppose Plaintiffs' Motion for Final Approval of Class Action Settlement filed on December 22, 2015 (Docket No. 159).  However, on December 7, 2015, Defendant filed an opposition to Plaintiffs' Motion for Attorney's Fees (Docket No. 154), and is not by this document withdrawing that opposition.

Dated:  January 13, 2016

**DLA PIPER LLP (US)**


By  /s/ Edward D. Totino
  PERRIE M. WEINER
  EDWARD D. TOTINO
  MONICA D. SCOTT
  Attorneys for Defendant
  SIX CONTINENTS HOTELS, INC.

WEST\267127882.1

- 1 -

**SIX CONTINENTS' STATEMENT OF NON-OPPOSITION**