UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MCCABE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SIX CONTINENTS HOTELS, INC.,,<br><br>　　　　Defendant. | Case No.12-cv-04818-NC<br><br>**ORDER FOR ADDITIONAL INFORMATION** |

Plaintiffs have provided a proposed order, dkt. no. 159-4, with their motion for final approval of the class action settlement. That proposed order refers to an Exhibit A with a list of the 17 class members who timely requested to be excluded from the settlement class. No Exhibit A is attached. Plaintiffs should submit the excluded class member list by February 8.

**IT IS SO ORDERED.**

Dated: February 5, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge