UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MCCABE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SIX CONTINENTS HOTELS, INC.,,<br><br>　　　　Defendant. | Case No.12-cv-04818 NC<br><br>**JUDGMENT** |

In accordance with the Court's February 8, 2016, order granting final approval of the class action settlement, awarding attorneys' fees, costs, and class representatives' incentive awards, the Court hereby enters final judgment in this action under Federal Rule of Civil Procedure 58(a).  The Court orders this action dismissed with prejudice with respect to all claims asserted in the complaint.  Each side must bear its own costs and attorneys' fees except as otherwise provided by the settlement agreement and the February 8, 2016, order.  This Court retains jurisdiction over all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of the February 8, 2016, final approval order and the settlement.

The clerk is ordered to terminate case No. 12-cv-04818 NC.

**IT IS SO ORDERED.**

Dated:  February 8, 2016　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.12-cv-04818 NC