1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9
10

LAURA MCCABE, et al.,

Case No. 12-cv-04818 NC

11

Plaintiffs,

**ORDER GRANTING**

12

v.

**DISBURSEMENT TO *CY PRES***
**BENEFICIARIES**

13

SIX CONTINENTS HOTELS, INC.,

Re: Dkt. No. 172

14

Defendant.

15
16

The Court has reviewed Heffler Claims Group's declaration that 1,026 uncashed

17

and expired checks remain.  This totals $252,375.48 that will be disbursed in equal

18

amounts to the *cy pres* beneficiaries, Consumer Action and the Electronic Frontier

19

Foundation.  The Court APPROVES the disbursement and directs class counsel to proceed

20

as proposed in docket number 172.  The Court reminds counsel that the *cy pres*

21

beneficiaries must use the funds for activities that benefit California residents.  *See* dkt. no.

22

167 at 5.

23

**IT IS SO ORDERED.**

24
25

Dated:  September 16, 2016

_____

26

NATHANAEL M. COUSINS
United States Magistrate Judge

27
28

*United States District Court*
*Northern District of California*